UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00913-RMR

GAYS AGAINST GROOMERS, a non-profit corporation;
ROCKY MOUNTAIN WOMEN'S NETWORK, an unincorporated association; RICH GUGGENHEIM, an individual; and
CHRISTINA GOEKE, an individual,

    Plaintiffs,

v.

LORENA GARCIA, in her individual and official capacities as a Colorado State Representative;
MIKE WEISSMAN, in his individual and official capacities as a Colorado State Representative and Chair of the House Judiciary Committee;
LESLIE HEROD, in her individual and official capacities as a Colorado State Representative;
JULIE GONZALES, in her individual and official capacities as a Colorado State Senator and Chair of the Senate Judiciary Committee; and
DAFNA MICHAELSON JENET, in her individual and official capacities as a Colorado State Senator,

    Defendants.

---

Order on Unopposed Motion to Continue Case Scheduling Deadlines and
Hearing Pending Resolution of Cross Motions

---

    This matter came before the Court on Plaintiffs' unopposed motion to continue the case scheduling deadlines and hearing set forth in Dkt. 6, pending resolution of Plaintiffs' motion for preliminary injunction and Defendants' anticipated motion to dismiss. After consideration of this unopposed motion, and being fully advised, the Court finds that Plaintiffs' motion is well taken and finds good cause exists to continue

1

the existing deadlines and scheduling hearing. Accordingly, it is hereby ORDERED that the motion is GRANTED.

The deadlines contained in Dkt. 6 are continued pending further action of the Court and the scheduling conference set for June 5, 2024, at 9:00AM is vacated. The Court will issue a new scheduling order after it has ruled on Plaintiff's motion for preliminary injunction and Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated this the 15th day of May, 2024.

_____
U.S. DISTRICT JUDGE